UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

NOA, LLC                                              CASE NO. 17-02097-5-JNC

      DEBTOR                                       CHAPTER 11

## MOTION FOR APPOINTMENT OF CHAPTER 11 TRUSTEE PURUSANT TO 11 U.S.C. § 1104(a), OR IN THE ALTERNATIVE, MOTION TO CONVERT CASE TO CHAPTER 7 PURSUANT TO 11 U.S.C. § 1112(b)

Now comes Branch Banking and Trust Company ("BB&T"), a secured creditor in this case, through its undersigned counsel, and files this Motion for Appointment of Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104(a), or in the Alternative, Motion to Convert Case to Chapter 7 Pursuant to 11 U.S.C. § 1112(b) ("Motion"). In support of this Motion, BB&T shows unto the court as follows:

1. This matter is a core proceeding pursuant to 28 U.S.C. § 157, and the court has jurisdiction pursuant to 28 U.S.C. §§ 151, 157 and 1334.

2. The Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on April 28, 2017 ("Petition Date") and operates as debtor-in-possession.

3. Upon information and belief, the Debtor is a North Carolina limited liability company that owns real estate in Sanford, North Carolina and Raleigh, North Carolina out of which it operates two distinct lines of business.

4. BB&T is a secured creditor of the Debtor and has filed three secured claims. BB&T is secured by the Debtor's real estate in Raleigh, North Carolina and by a blanket lien on, among other things, all of the Debtor's inventory.

5. No plan has been confirmed in this case and the Debtor has been operating pursuant to various Interim Orders Allowing Use of Cash Collateral, the most recent of which was entered on August 4, 2017 and covers the period from August 1, 2017 through August 31, 2017 (the "Cash Collateral Order").

6. Paragraph 7 of the Cash Collateral Order states among other things "[t]he Debtor shall not transfer the bill of lading to complete transfer of bulk clothing nor allow bulk clothing to leave the ports of the United States until full payment for such inventory is wired to and received by the Debtor." The Debtor's representative previously assured the parties, including the undersigned, that he understood the bulk clothing collateral (hereinafter, the "Collateral") could not leave the United States until payment for the same had been received.

7. The Debtor has failed to comply with the Cash Collateral Order. Counsel for BB&T, counsel for Bank of America, and the Bankruptcy Administrator were advised on August 16, 2017 that the check for payment of the Collateral has not been cashed, that a wire for the Collateral has not been received, but the shipment of Collateral has in fact left the ports of the United States in direct violation of the Cash Collateral Order.

8. Pursuant to 11 U.S.C. § 1104(a), at any time after the commencement of a Chapter 11 case, but before the confirmation of a plan, on request of a party in interest and after notice and hearing, the court shall order the appointment of a trustee for cause, including fraud, dishonesty, incompetence, or gross mismanagement of the affairs of the debtor by current management.

9. Based upon the incompetence and gross mismanagement of the Debtor's affairs and the immediate threat to the Collateral of BB&T, the immediate appointment of a trustee is appropriate and necessary.

10. Alternatively, pursuant to 11 U.S.C. § 1112(b), the court shall convert a case to a case under chapter 7 for cause. Cause includes, but is not limited to, a substantial or continuing loss to or diminution of the estate, gross mismanagement of the estate, and failure to comply with an order of the court.

11. Due to the Debtor's violation of the Cash Collateral Order and the unauthorized shipment of the Collateral outside the United States, BB&T has reason to believe that its Collateral is not being adequately protected or maintained and that there is continuing loss to or diminution of the Debtor's estate without the likelihood of rehabilitation and gross mismanagement of the Debtor's estate has occurred.

WHEREFORE, BB&T respectfully requests that a Chapter 11 trustee be appointed in this case or in the alternative, that the Chapter 11 case of NOA, LLC be converted to Chapter 7, and for such other relief as the court deems appropriate.

Dated: August 17, 2017

        POYNER SPRUILL LLP

BY: /s/ Jill C. Walters
     Jill C. Walters
     NC State Bar No. 37121
     Post Office Box 1801
     Raleigh, North Carolina 27602-1801
     Telephone: 919.783.6400
     Facsimile: 919.783.1075
     E-Mail: jwalters@poynerspruill.com
     *Attorneys for Branch Banking and Trust Company*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE:

NOA, LLC                                                  CASE NO. 17-02097-5-JNC

        **DEBTOR**                                       **CHAPTER 11**

## NOTICE OF MOTION

The party represented by counsel below has filed the following papers with the court: Motion for Appointment of Chapter 11 Trustee or in the Alternative, Motion to Convert Case to Chapter 7 ("Pleading").

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the Pleading, or if you want the court to consider your views on the Pleading, then on or before **September 11, 2017**, unless otherwise ordered, you or your attorney must file with the court, pursuant to Local Rule 9013-1 and 9014-1, a written response, an answer explaining your position, and a request for hearing at:

U.S. Bankruptcy Court
P.O. Box 791
Raleigh, NC 27602

If you mail your request/response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

Jill C. Walters
Poyner Spruill LLP
P. O. Box 1801
Raleigh, NC  27602-1801

If responses to the Pleading are filed on or before the date set above, a hearing will be conducted on the motion at a date, time, and place to be later set and all parties will be notified accordingly.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Pleading and may enter an order granting that relief.

4

This the 17th day of August, 2017.     POYNER SPRUILL <sup>LLP</sup>

By: s/ Jill C. Walters
Jill C. Walters
NC State Bar No. 37121
Post Office Box 1801
Raleigh, NC  27602
Telephone: (919) 783-6400
Facsimile: (919) 783-1075
E-Mail: jwalters@poynerspruill.com
*Attorneys for Branch Banking and Trust Company*

# **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the MOTION FOR APPOINTMENT OF CHAPTER 11 TRUSTEE PURUSANT TO 11 U.S.C. § 1104(a), OR IN THE ALTERNATIVE, MOTION TO CONVERT CASE TO CHAPTER 7 PURSUANT TO 11 U.S.C. § 1112(b) AND NOTICE OF MOTION by placing a copy thereof in the United States Mail, first class postage prepaid, addressed as follows or by electronic mail via cm/ecf:

NOA, LLC
5601 Spring Court
Raleigh, NC 27616

William P. Janvier, Esq.
William F. Braziel, III, Esq.
William E. Brewer, Jr., Esq.
Attorneys for Debtor
VIA CMECF

Marjorie K. Lynch, Esq.
United States Bankruptcy Administrator
VIA CMECF

See attached mailing matrix.

This the 17th day of August, 2017.    POYNER SPRUILL <sup>LLP</sup>

By: s/ Jill C. Walters
    Jill C. Walters
    NC State Bar No. 37121
    Post Office Box 1801
    Raleigh, NC  27602
    Telephone: (919) 783-6400
    Facsimile: (919) 783-1075
    E-Mail: jwalters@poynerspruill.com
    *Attorneys for Branch Banking and Trust Company*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0417-5<br>Case 17-02097-5-JNC<br>Eastern District of North Carolina<br>Raleigh<br>Thu Aug 17 08:48:36 EDT 2017 | | Employment Security Commission<br>PO Box 26504<br>Raleigh, NC 27611-6504 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | | Kopelowitz Ostrow Ferguson Weiselburg Gilber<br>One West Las Olas Boulevard<br>Suite 500<br>Ft. Lauderdale, FL 33301-1928 |
| NC Department of Revenue<br>Office Services Div., Bankruptcy Unit<br>PO Box 1168<br>Raleigh, NC 27602-1168 | | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| US Attorney<br>310 New Bern Avenue, Suite 800<br>Federal Building<br>Raleigh, NC 27601-1461 | | AT&T Universal Card<br>Attn:  Managing Agent<br>PO Box 6500<br>Sioux Falls, SD 57117-6500 |
| (p)ADVANTA<br>700 DRESHER RD<br>HORSHAM PA 19044-2206 | Alissar Deeba<br>30 Fairview<br>East Brunswick, NJ 08816-2863 | American Express<br>Attn:  Managing Agent<br>PO Box 1270<br>Newark, NJ 07101-1270 |
| American Express Bank, FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | AmericasMart Real Estate, LLC<br>c/o Wiles and Wiles, LLP - VWN<br>800 Kennesaw Avenue<br>Suite 400<br>Marietta, Ga 30060-7946 | Americasmart Real Estate LLC<br>Attn: Managing Agent<br>240 Peachtree St NW Ste 2200<br>Atlanta, GA 30303-1327 |
| Bank of America<br>Attn: Officer<br>100 North Tryon St<br>Charlotte, NC 28202-4031 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America, N.A.<br>Attn:  Brenda Temple, Commercial Collect<br>NC1-007-31-05<br>100 North Tryon Street<br>Charlotte, NC 28202-4000 |
| Bank of Amrica, N.A.<br>Attn:  BrendaTemple, Commercial Collecti<br>NC1-007-31-05<br>100 North Tryon Street<br>Charlotte, NC 28255-0001 | | |
| Capital One<br>Attn:  Managing Agent<br>PO Box 5222<br>Carol Stream, IL 60197-5222 | Central Carolina Power Equipment<br>526 Wicker St<br>Sanford, NC 27330-4139 | Chase<br>Attn:  Managing Agent<br>PO Box 15298<br>Wilmington, DE 19850-5298 |
| Citibank<br>399 Park Avenue<br>New York, NY 10043-0001 | City of Raleigh<br>Attn:  Managing Agent<br>PO Box 590<br>Raleigh, NC 27602-0590 | Compass Intermodal<br>Attn: Managing Agent<br>801 Broad St<br>Portsmouth, VA 23707-2000 |

| | | |
|---|---|---|
| Daniel C. Bruton<br>Bell Davis & Pitt, PA<br>PO Box 21029<br>Winston-Salem, NC 27120-1029 | Discover<br>P.O. Box 6103<br>Carol Stream, IL 60197-6103 | Edward Shahady<br>8676 Griffin Road<br>Fort Lauderdale, FL 33328-3713 |
| Ehssan 'Sam' Nehme<br>4020 Woodbine<br>Raleigh, NC 27612-5433 | First Benefits Mutual Insurance<br>Attn: Managing Agent<br>PO Box 40736<br>Fayetteville, NC 28309-0736 | Friendship Used Clothing Collection<br>Attn: The Sigmon Law Firm, P.A.<br>1100 Navaho Dr Ste 112<br>Raleigh, NC 27609-7364 |
| G. Hugh Moore, Attorney<br>1401 Woodland Ave<br>PO Box 194<br>Sanford, NC 27331-0194 | Garson & Shaw Inc.<br>BARR Credit Services, Inc.<br>5151 E Broadway Blvd, Suite 800<br>Tucson, AZ 85711-3775 | Garson & Shaw LLC<br>887 W Marietta St Ste M204<br>Atlanta, GA 30318-5294 |
| Garson & Shaw, LLC<br>887 W Marietta St. Ste M-204<br>Atlanta, GA 30318-5294 | Holmes P. Harden<br>301 Fayetteville Street<br>Suite 1700<br>Raleigh, NC 27601-2173 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 |
| IRS<br>Attn:  Managing Agent<br>PO Box<br>Memphis, TN 38101-0069 | Ikbal Nehem<br>701 Ivy Lane<br>Glencoe, IL 60022 | Insaf Nehme<br>2018 Boone Trail Rd.<br>Sanford, NC 27330-8639 |
| Insaf Nehme<br>808 Bennington Dr.<br>Raleigh, NC 27615-1203 | Internal Revenue Service<br>Office of Chief Counsel<br>Alamance Building, Mail Stop 24<br>4905 Koger Blvd.<br>Greensboro, NC 27407-2734 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| International Rags LTD<br>Attn: Managing Agent<br>4410 Clinton Dr<br>Houston, TX 77020-7800 | International Rags, Ltd.<br>Matthew P. Weiner, Esq.<br>Parker Poe Adams & Bernstein LLP<br>150 Fayetteville Street, SUite 1400<br>Raleigh, NC 27601-2956 | Irene Rogers<br>808 Bennington Dr.<br>Raleigh, NC 27615-1203 |
| JEC Electrical Contracting<br>Attn: Managing Agent<br>PO Box 1251<br>Broadway, NC 27505-1251 | | Johnson's Innovative Electric<br>6409 Fayetteville Rd<br>Ste 120-188<br>Durham, NC 27713-6297 |
| Lee County Tax Collector<br>Attn:  Managing Agent<br>106 Hillcrest Dr.<br>Sanford, NC 27330-4021 | Love & Love PA<br>Attn: Jim Love<br>315 W Mcintosh St.<br>Sanford, NC 27330-5643 | Marc Gilfillan<br>523 Keisler Dr #202<br>Cary, NC 27518-7099 |
| Matthew P. Weiner, Esq.<br>Parker Poe Adams & Bernstein LLP<br>150 Fayetteville Street, Suite 1400<br>Raleigh, NC 27601-2956 | Michael Brian Johnson dba Johnson's Inn<br>P.O. Box 1251<br>Broadway, NC 27505-1251 | Michael W. Strickland & Associates,<br>Attn:  Managing Agent<br>301 Glenwood Ave Suite 280<br>Raleigh, NC 27603-1465 |

| | | |
|---|---|---|
| NC Dept. of Revenue<br>Attn: Bankruptcy Unit<br>PO Box 1168<br>Raleigh, NC 27602-1168 | North Carolina Department of Commerce<br>Div. of Employment Security<br>P.O. Box 26504<br>Raleigh, NC 27611-6504 | PLS Logistics Trucking<br>Attn: Managing Agents<br>3120 Unionville Road, Bldg. 110<br>Cranberry Twp, PA 16066-3437 |
| PNC Bank<br>Attn:  Managing Agent<br>One Financial Pkwy.<br>Kalamazoo, MI 49009-8002 | Penn National Insurance<br>Attn:  Managing Agent<br>PO Box 13746<br>Philadelphia, PA 19101-3746 | Pittsburgh Logistics Services<br>3120 Unionville Rd<br>bldg 110  Suite 100<br>Cranberry Twp, PA 16066-3437 |
| Romeroviski Corp<br>Attn: Managing Agent<br>450 W Westfield Ave<br>Roselle Park, NJ 07204-1840 | SBA<br>Attn: Managing Agent<br>200 W. Santa Ana Blvd.  Suite 950<br>Santa Ana, CA 92701-7537 | SBA<br>Attn: Managing Agent<br>2120 Riverfront Drive, Suite 100<br>Little Rock, AR 72202-1794 |
| Sam's Club<br>Attn:  Managing Agent<br>PO Box 530942<br>Atlanta, GA 30353-0942 | Southeast Toyota Finance<br>Attn: Managing Agent<br>PO Box 991817<br>Mobile, AL 36691-8817 | State Farm Insurance<br>Attn:  Managing Agent<br>PO Box 588002<br>North Metro, GA 30029-8002 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | The Sigmon Law Firm, P.A.<br>1100 Navaho Dr<br>Ste 112<br>Raleigh, NC 27609-7364 | Tyco Integrated Security LLC<br>10405 Crosspoint Boulevard<br>Indianapolis, IN 46256-3323 |
| Tyco Security<br>Attn: Managing Agent<br>4700 Exchange Court, Suite 300<br>Boca Raton, FL 33431-4450 | WELLS FARGO BANK PAYMENT REMITTANCE CENTER<br>PO BOX 51174<br>LOS ANGELES, CA 90051<br>888-715-4315<br>BDBKINQUIRY@WELLSFARGO.COM 90051-5474 | Wake County Revenue Dept.<br>Amanda Bryant, Revenue Agent<br>PO Box 2331<br>Raleigh, NC 27602-2331 |
| Waste Management<br>Attn: Managing Agent<br>10411 Globe Road<br>Morrisville, NC 27560-8546 | Wells Fargo<br>Attn: Officer<br>PO Box 9210<br>Des Moines, IA 50306-9210 | Williams Mullen Law Firm<br>Attn: Managing Agent<br>301 Fayetteville St Ste 1700<br>Raleigh, NC 27601-2173 |
| World Omni Financial Corp. Its Successor and Assigns<br>c/o Weltman, Weinberg & Reis Co LPA<br>323 W. Lakeside Ave Suite 200<br>Cleveland, OH 44113-1009 | John J. Shahady<br>One West Las Olas Boulevard<br>Suite 500<br>Fort Lauderdale, FL 33301-1928 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>Insolvency Support Services<br>320 Federal Place, Room 335<br>Greensboro, NC 27401 | Advanta Bank Corp<br>Attn: Managing Agent<br>PO Box 8088<br>Philadelphia, PA 19101 | Bank of America<br>Attn: Officer<br>PO Box 982238<br>El Paso, TX 79998 |
| Branch Banking & Trust<br>Attn: Jack Hayes<br>PO Box 1847<br>Wilson, NC 27894-1847 | Home Depot<br>Attn: Managing Agent<br>Processing Center<br>Des Moines, IA 50364 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)AmericasMart Real Estate, LLC | (u)Bank of America, N.A. | (u)Bankruptcy Administrator |
| (u)Branch Banking and Trust Company | (u)International Rags, Ltd. | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| (u)Pings Distributors, LTD<br>2 Ashenheim Rd<br>Kingston, JA | (d)Insaf Nehme<br>808 Bennington Dr.<br>Raleigh, NC 27615-1203 | (u)Michael Brian Johnson |

End of Label Matrix
Mailable recipients    85
Bypassed recipients     9
Total                  94