**SO ORDERED.**

**SIGNED this 20 day of May, 2019.**

_____
**Joseph N. Callaway
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

NOA, LLC                                              CASE NO: 17-02097-5-JNC

DEBTOR                                              CHAPTER 7

**ORDER ALLOWING OBJECTION TO CLAIM NO. 17**

THIS MATTER comes on to be heard upon the objections by the Trustee to Proof of Claim No. 17 filed by Garson & Shaw, Inc. for $15,461.71 as follows:

(X)   The claim is a duplicate of claim number 3 and should be denied in full.

(  )   The claim was filed after the bar date. It is therefore time barred and will be paid after all properly and timely filed claims in the case.

(  )   The claim was filed as Section 507(a) priority claim. This claim represents a penalty and is not entitled to said treatment. Allow claim as an unsecured penalty claim under Section 726(a)(4).

(  )   No documentation or provided documentation fails to support a claim in this bankruptcy estate. Deny claim in full.

( )  The claim of this creditor has been satisfied and paid from the proceeds of the sale of the property of the estate. Deny the claim in full.

( )  Creditor has filed secured claim for collateral not liquidated by the Bankruptcy Trustee. Upon information and belief, debtor has retained the collateral and is maintaining payments. Deny claim for distribution purposes in this bankruptcy proceeding.

( )  Creditor has filed secured claim for collateral not liquidated by the Bankruptcy Trustee. Upon information and belief, the collateral was surrendered to secured creditor for liquidation. Secured creditor is given 30 days from the date of this objection to complete liquidation of its collateral and file unsecured deficiency claim with the Bankruptcy Court. If Creditor fails to do this, claim is denied in full for distribution.

AND IT FURTHER APPEARING that the Trustee by Objection to Claim No. 17 and Notice Thereof notified the above captioned creditor as to objection and the basis therefor, and gave the said creditor 30 days to object, and it appearing that the time for responding to the objection to Claim No. 17 has expired and no responses to the objection has been filed with the Bankruptcy Court.

NOW THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that the objection as stated above is allowed.

**END OF DOCUMENT**